788 A.2d 955

**COMMON SENSE ADOPTION SERVICES, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, Appellee.**

**Nos. 137 MAP 2001–141 MAP 2001.**

Supreme Court of Pennsylvania.

Dec. 13, 2001.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of December, 2001, the above-captioned appeals are quashed without prejudice as untimely.